**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert William Urban,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | No. CV-25-01594-PHX-KML<br><br>**ORDER** |

　　　　Having reviewed the parties' stipulation,

　　　　**IT IS ORDERED** the Stipulation for Attorneys' Fees (Doc. 26) is **GRANTED** such that fees in the amount of $10,552.10 as authorized by 28 U.S.C. § 2412, and costs in the amount of $405.00 as authorized by 28 U.S.C. § 1920, are awarded to plaintiff.

/

/

/

/

/

/

/

/

/

/

**IT IS FURTHER ORDERED** that if, after receiving this Order, the Commissioner: (1) determines that plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (2) agrees to waive the requirements of the Anti-Assignment Act, then the check for the fees awarded herein will be made payable to plaintiff's attorney pursuant to the assignment executed by plaintiff. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and any remaining Equal Access to Justice Act fees after offset will be paid by a check made out to plaintiff but delivered to plaintiff's attorney.

Dated this 2nd day of January, 2026.

Honorable Krissa M. Lanham
United States District Judge